COUNTY SECURITIES, INC., Respondent, *v.* ALICE SEA-
CORD, Appellant, Impleaded with Others.

Submitted March 7, 1938; decided March 8, 1938.

*Sidney H. Posner* for motion.

*Morgan H. Seacord* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion, unless appellant files return
and pays ten dollars costs within ten days, in which
event the motion is denied.